UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KHADGA BAHADUR LIMBU,

Petitioner,

v.                                                  CAUSE NO. 3:26cv419 DRL-SJF

BRIAN ENGLISH,

Respondent.

ORDER

Immigration detainee Khadga Bahadur Limbu, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he was unlawfully confined in violation of the laws or Constitution of the United States and asked to be released. On July 17, 2026, this court granted his motion and ordered his release on appropriate conditions of supervised release. ECF 13. The Warden filed a response, representing that Mr. Limbu was removed to Bhutan on June 24, 2026, and is no longer in custody. The Warden argues this case has become moot and asks the court to dismiss the petition.

"For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated." *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006)). "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Mr. Limbu's removal moots this case. The court can no longer grant

the relief sought in the petition because Mr. Limbu is no longer in custody and was not in custody when his release was ordered.

For these reasons, the court VACATES the release order (ECF 13), DISMISSES the habeas petition (ECF 1) as moot, and DIRECTS the clerk to close this case.

SO ORDERED.

July 22, 2026                                   *s/ Damon R. Leichty*
                                                Judge, United States District Court